**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANIEL HOBSON,** | ) | |
| Petitioner, | ) | **C.A. No. 24-342 Erie** |
| | ) | |
| vs. | ) | **District Judge Susan Paradise Baxter** |
| | ) | **Chief Magistrate Judge Richard A. Lanzillo** |
| **SUPERINTENDENT THOMPSON,** | ) | |
| **et al.,** | ) | |
| Respondents. | ) | |

## <u>MEMORANDUM ORDER</u>

This action for habeas corpus relief pursuant to 28 U.S.C. § 2254 was received by the Clerk of Court on December 16, 2024, and was ultimately docketed on May 19, 2025. [ECF No. 4]. The petition was referred to United States Chief Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

In his petition, Petitioner asserts that the Pennsylvania Parole Board's September 9, 2024 decision to deny him parole violated his constitutional rights. Respondents filed a response to the petition on August 26, 2025 [ECF No. 7], and subsequently filed an addendum on April 20, 2026 [ECF No. 11]. Attached to the addendum is a copy of the Parole Board's decision of September 10, 2025, granting Petitioner parole. [ECF No. 11-2].

As a result of the Board's subsequent parole hearing and its decision to grant Petitioner parole on September 10, 2025, Chief Magistrate Judge Lanzillo issued a Report and Recommendation ("R&R") on April 27, 2026, recommending that this action be dismissed as moot. [ECF No. 12]. No timely objections to the R&R have been filed.

Thus, after *de novo* review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 22nd day of May, 2026,

IT IS HEREBY ORDERED that the within petition for a writ of habeas corpus is DISMISSED as moot, with prejudice, and the report and recommendation of Chief Magistrate Judge Lanzillo, issued on April 27, 2026 [ECF No. 12], is adopted as the opinion of this Court. As there are no further matters pending before the Court relative to the instant petition, the Clerk is directed to mark this case "CLOSED."

SUSAN PARADISE BAXTER
United States District Judge

cc:    The Honorable Richard A. Lanzillo
       Chief United States Magistrate Judge

       All parties of record